IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DOUGLAS GIBBONS,                              :
                                             :
            Plaintiff(s),                    :
                                             :   Case Number: 1:05cv467
     vs.                                     :
                                             :   District Judge Susan J. Dlott
ASSET ACCEPTANCE CORPORATION,                :
                                             :
            Defendant(s).                    :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Black filed on October 31, 2006(Doc. 20), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired November 21, 2006, hereby

ADOPTS said Report and Recommendations.

Accordingly, Defendant's Motion to Dismiss for Failure to Prosecute (Doc. 17) is

GRANTED; Plaintiff's Amended Complaint (Doc. 10) is DISMISSED WITH PREJUDICE for

lack of prosecution pursuant to Fed. R. Div. P. 41(b) and this case is TERMINATED from the

Court's docket.


            IT IS SO ORDERED.




                                             ___s/Susan J. Dlott_____
_                                            Susan J. Dlott
                                             United States District Judge